Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 27 OCT '23 15:47 USDC-ORE

_____ Division

Barry Hasty
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

U.S Forest Service
Thomas J Vilsack
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 6:23-CV-01590-MC
_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_ ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Barry Hasty
Street Address: P.O. Box 2923
City and County: Winston, Douglas County
State and Zip Code: Oregon 97496
Telephone Number: 541) 670-7342
E-mail Address: hastybarry60@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

    Name — U.S Forest Service
    Job or Title (if known) — Wolf Creek Job Corp
    Street Address — 2010 Opportunity Lane
    City and County — Glide, Oregon
    State and Zip Code — 97443
    Telephone Number — 1-800-588-9003
    E-mail Address (if known)

Defendant No. 2

    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 3

    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

Defendant No. 4

    Name
    Job or Title (if known)
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question      [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

April 11, 2023 I Submitted All my paper in to OPM retirement center to get my retirement They Share it will be 24 to 26 weeks before I receive it. And still Find paper work was Submitted Nothing yet I call to

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

I have all documentation to confirm it.

1. The Plaintiff(s) Barry Hasty

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Barry Hasty, is a citizen of the
      State of *(name)* Oregon.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* NO, is incorporated
      under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s) US Forest Service

   a. If the defendant is an individual
      The defendant, *(name)* Thomas J Vilsack, is a citizen of
      the State of *(name)* _____. Or is a citizen of
      *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* US Forest Service is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* Oregon.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* Wolf Creek Job Corp

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

For this continue retaliation, Bully and Discrimination. I don't have any Funds coming in and my retirement Suedy for (150,000)

III. Statement of Claim

I was inform OPM retirement receive my paper work and it going to be (24) to (26) weeks before I receive the retirement and I would need to wait

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I called 101-123 speaking to Janet Campbell She claims she never receive anything and it was her Felt and they don't have to do with it. Janet signed. They mention to cancel my Blue Cross and Blue Shield and Drop my Life Insurance, to respond the refund

IV. Relief

Now they Showing I Could get a refund could only get a monthly retirement. I request I get all retirement OPM retirement

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I can't because I 62 and are Elible to retire when I left the agency in April 11, 2023 I ask why I was told differenly and Now I need to wait another 24 to 26 weeks would like to sue at this point

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/26/23

Signature of Plaintiff: [signed]
Printed Name of Plaintiff: Barry Hasty

### B. For Attorneys

Requesting one be appointed

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address