IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BARRY HASTY,

    Plaintiff,

Civ. No. 6:23-cv-1590-MC

JUDGMENT    v.

US FOREST SERVICE,
And THOMAS J. VILSACK,

    Defendants.
_____

MCSHANE, Judge:

    In November 2023, the Court issued an order requiring Plaintiff to Submit an amended complaint within 30 days and advised Plaintiff that failing to do so would result in dismissal. Plaintiff failed to file an amended complaint and the time to do so has passed. Plaintiff's motion for appointment of counsel, ECF No. 9, is DENIED and this action is DISMISSED.

IT IS SO ORDERED

    DATED this 26th day of August, 2024.

                                                    _____/s/ Michael McShane_____
                                                      Michael McShane
                                                  United States District Judge

JUDGMENT